IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEICA LITTLEJOHN | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 10-cv-6996 |

**JUDGMENT**

**AND NOW**, this 13th day of June, 2012, judgment is hereby entered in favor of Police Officer Shabazz, and against Keica Littlejohn, in the amount of $ 425.90.

Michael E. Kunz

MICHAEL E. KUNZ
CLERK OF COURT